[No. 43733-3-II.   Division Two.   June 10, 2014.]

DEON ANDREW LADSON, *Appellant*, v. PRISCILLA ELNORA MAXEY, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-3-03192-5, James R. Orlando, J., entered June 29, 2012. *Affirmed in part, reversed in part,* and *remanded with instructions* by unpublished opinion per Bjorgen, A.C.J., concurred in by Hunt and Maxa, JJ.

[No. 44079-2-II.   Division Two.   June 10, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES VINCENT MEYERS, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 12-1-00318-6, Nelson E. Hunt, J., entered October 10, 2012. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bjorgen, A.C.J., and Lee, J.

[No. 44167-5-II.   Division Two.   June 10, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. WHITNEY JEAN WHITED, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 12-1-00775-0, Lisa L. Sutton, J., entered October 16, 2012. *Affirmed* by unpublished opinion per Lee, J., concurred in by Bjorgen, A.C.J., and Maxa, J.

[No. 44449-6-II.   Division Two.   June 10, 2014.]

*In the Matter of the Marriage of* ALICE AWWAD, *Respondent*, and SAMIR GEORGE AWWAD, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 10-3-02809-6, John F. Nichols, J., entered January 11, 2013. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Lee and Melnick, JJ.